JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
JESSICA C. BROMALL (Bar No. 235017)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs
DEUTSCHE OEL & GAS AG AND KAY RIECK

FILED
2013 OCT 22 PM 3:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE OEL & GAS AG, a Stuttgart Aktiengesellschaft and KAY RIECK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV13-07811-FMO (CWx)<br><br>**COMPLAINT FOR**<br>1. **DEFAMATION/LIBEL; AND**<br>2. **TRADE LIBEL** |

Plaintiffs Deutsche Oel & Gas AG ("Deutsche") and Kay Rieck ("Rieck") (collectively, "Plaintiffs") for their Complaint allege as follows:

## JURISDICTION AND VENUE

1. Plaintiffs Deutsche and Rieck bring this action for injunctive relief and damages for, *inter alia*, Defamation and Trade Libel. This Court has subject matter jurisdiction over the claims pursuant to 28 U.S.C. §1332(a), in that the amount in controversy exceeds $75,000 and this action is between citizens of different states.

PRINTED ON
RECYCLED PAPER
LA 10014157v3

2. Venue lies in this district pursuant to 28 U.S.C. § 1391(b)(3) because Plaintiffs are informed and believe that at least one Defendant is subject to personal jurisdiction in the district.

## THE PARTIES

3. Plaintiff Deutsche is a German company based in Stuttgart, Baden-Württemberg with branches in Houston, Texas and Anchorage, Alaska.

4. Plaintiff Rieck is the founder and CEO of Deutsche Oel & Gas AG, and resides in Stuttgart, Germany.

5. Plaintiffs do not know the true names or capacities, whether individual, corporate, partnership or otherwise, of Defendants Does 1 through 10, inclusive, and therefore sue said Defendants under fictitious names. Plaintiffs are informed and believe, and on that basis allege, that each of the fictitiously named defendants is, in some manner, responsible for the events and happenings referred to herein. When Plaintiff ascertains the true names and capacities of Does 1 through 10, it will seek to amend this Complaint accordingly.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

6. On May 6, 2013, Defendants sent an email from the account rieckkay@gmail.com containing the following (translated from the original German):

> "Some persons say that Mr. Rieck is a defrauder.
> <u>Please ask yourself the following questions:</u>
> Are there currently any court proceedings against Mr. Rieck in preparation either in Germany or in the U.S.A?
> Are there any principal plaintiffs who are former business partners of Mr. Rieck in the U.S.A.? They are,

among other things, entitled to receive shares in Kitchen Light.

Does the German revenue office carry out investigations due to tax evasion? You are supposed to know that Mr. Rieck is a tax fugitive.

What about the curriculum vitae of Mr. Rieck? What has he done professional by now? - Really done!?!?!? - A career in the U.S.A. as investment manager with broken English?

In the event that a bond will be placed-has the allocation of resources already been definitely planned? Is Mr. Rieck going to use the money above all for paying out the funds of Energy Capital Invest? The funds are distributing about 12% p.a. Where could the money come from if there is no gas production? Until now, former/preceding funds have been paid out by the newly established funds. A pyramid selling scheme? Does the company need the capital in order to be able to escape from the vicious circle?

In the event that gas will actually be produced- is Mr. Rieck going to sell the company and the rights in EXXON? Could it be that such contracts have already been negotiated?

Thus, you are recommended to be alert."

7. Defendants sent the above email using the address rieckkay@gmail.com to the underwriter bank of a bond that Deutsche's company was planning to issue.

8. Defendants also sent the above email using the same address to a credit rating agency. After receiving the email, the agency provided a speculative credit rating score for Deutsche which was worse that the previously announced credit rating score for the company.

## FIRST CLAIM FOR RELIEF
### (Defamation/Libel)

9. Plaintiffs reallege and incorporate herein by reference each allegation contained in paragraphs 1 through 8 above.

10. Plaintiffs are informed and believe, and on that basis allege, that Defendant willfully and without justification or privilege caused to be published to other persons the aforementioned untrue and unfounded statements, among others.

11. Defendants' statements disparaged Plaintiffs in that Defendants' statements falsely represented that Plaintiffs have defrauded their customers, their investors, and the government, that Plaintiffs are guilty of tax evasion, and that Rieck is incompetent at his job. These statements are libelous on their face because they charge Plaintiffs with dishonesty, deception, and fraud.

12. Defendants' statements are false, as Plaintiffs have not lied to, deceived, or defrauded anyone, nor are they guilty of tax evasion.

13. Plaintiffs are informed and believe, and on that basis allege, that Defendants' statements were made with knowledge of their falsity or with reckless disregard for their truth or falsity.

14. As a proximate result of Defendants' publication of the statements, Plaintiffs have suffered injury to their business and pecuniary loss in a sum subject to proof at trial, but, on information and belief, at least $75,000.

15. Plaintiffs are informed and believe, and on that basis allege, that the aforementioned conduct of Defendants was done with the intention on the part of Defendants of causing Plaintiffs injury. Such conduct was despicable and subjected

Plaintiffs to a cruel and unjust hardship in conscious disregard of Plaintiffs' rights, so as to justify an award of exemplary and punitive damages.

16. Plaintiffs are informed and believe, and on that basis allege, that, unless restrained and enjoined, Defendant will continue to send emails containing false and disparaging statements about Plaintiffs.

## SECOND CLAIM FOR RELIEF

### (Trade Libel)

17. Plaintiffs reallege and incorporate herein by reference each allegation contained in paragraphs 1 through 16 above.

18. The foregoing conduct by Defendants constitutes trade libel. Defendants made false statements of fact concerning Plaintiffs' business acumen and the way in which Plaintiffs conduct their business. Defendants stated that Plaintiffs have lied, deceived, and/or defrauded their customers, their investors, the government, and the industry in which Plaintiffs operate, and that Plaintiffs are guilty of tax evasion.

19. Defendants' statements are false, as Plaintiff has not lied to, deceived, or defrauded anyone, nor are they guilty of tax evasion.

20. Plaintiffs are informed and believe, and on that basis allege, that Defendants' statements were made with knowledge of their falsity or with reckless disregard for their truth or falsity.

21. As a direct and proximate result of Defendants' misconduct, Plaintiffs have sustained significant damages in an amount to be proven at trial.

22. Plaintiffs are informed and believe, and on that basis allege, that Defendants' aforementioned conduct was done with the intention on the part of Defendants of causing Plaintiffs injury. Such conduct was despicable and subjected Plaintiffs to a cruel and unjust hardship in conscious disregard of Plaintiffs' rights, so as to justify an award of exemplary and punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

1. For an order awarding Plaintiffs general and/or specific damages, in an amount to be fixed by the Court in accordance with proof, but at least $75,000, including enhanced and/or exemplary or punitive damages under Civil Code § 3294, as appropriate; and further for an order that such acts were willful and wanton, thereby justifying an award of treble and/or enhanced damages.

2. For a permanent injunction enjoining Defendants and their officers, directors, agents, affiliates, parents, subsidiaries, employees, and those persons in active concert, participation, or privity with them who receive actual notice of the order by personal service or otherwise, to:

   A. Issue a retraction of their libelous email and apologize for having published such false and unfounded statements;

   B. Cease using the account rieckkay@gmail.com; and

   C. Cease and desist in the future from making any other statements proved to be false and/or defamatory at trial.

3. For an order directing Defendants to file with the Court, and serve upon Plaintiffs' counsel, within thirty (30) days after entry of the order of injunction, a report setting forth the manner and form in which Defendants have complied with the injunction.

4. For an order finding that, by the acts complained of herein, Defendants have engaged in defamation and trade libel under California state law.

5. For an order that this be deemed an exceptional case and that Plaintiffs recover from Defendants all of the expenses Plaintiffs have incurred due to Defendants' illegal actions, including, but not limited to, attorneys' fees, costs, disbursements.

6. For an order awarding Plaintiffs such other and further relief as the Court may deem just and proper.

DATED: October 22, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN
JESSICA C. BROMALL

By: _____
ROD S. BERMAN
Attorneys for Plaintiffs DEUTSCHE OEL & GAS AG and KAY RIECK

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial as provided in Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: October 22, 2013

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN
JESSICA C. BROMALL

By: _____
ROD S. BERMAN
Attorneys for Plaintiffs DEUTSCHE OEL & GAS AG and KAY RIECK

LA 10014157v3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge __Fernando M. Olguin__ and the assigned Magistrate Judge is __Carla Woehrle__.

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-7811-FMO (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

October 22, 2013            By   MDAVIS
Date                             Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☒ Western Division  
312 N. Spring Street, G-8  
Los Angeles, CA 90012

☐ Southern Division  
411 West Fourth St., Ste 1053  
Santa Ana, CA 92701

☐ Eastern Division  
3470 Twelfth Street, Room 134  
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)        NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

DEUTSCHE OEL & GAS AG, a Stuttgart
Aktiengesellschaft and KAY RIECK, an individual,
          *Plaintiff(s)*
   v.


DOES 1 through 10, inclusive
          *Defendant(s)*

Civil Action No. CV13-07811-FMO (CWx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DOES 1 through 10, inclusive




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
JESSICA C. BROMALL (Bar No. 235017)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 22 2013

MARILYN DAVIS
*Signature of Clerk or Deputy Clerk*
1227

LA 10038037v1



Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

LA 10038037v1


American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
DEUTSCHE OEL & GAS AG, a Stuttgart Aktiengesellschaft and KAY RIECK, an individual,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
DOES 1 through 10, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
JESSICA C. BROMALL (Bar No. 235017)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Tel: (310) 203-8080; Fax: (310) 203-0567

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ 75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332(a) and 28 U.S.C. § 1391(b)(3)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL PROPERTY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☒ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-07811**

CV-71 (09/13)        CIVIL COVER SHEET        Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?**<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?**<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _/s/ Rod S. Berman_   DATE: October 22, 2013

ROD S. BERMAN

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |