1 | JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
2 | JESSICA BROMALL SPARKMAN (Bar No. 235017)
1900 Avenue of the Stars, Seventh Floor
3 | Los Angeles, California 90067-4308
Telephone: (310) 203-8080
4 | Facsimile: (310) 203-0567

5 | Attorneys for Plaintiffs
DEUTSCHE OEL & GAS AG AND RIECK KAY

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11

12 | DEUTSCHE OEL & GAS AG, a Stuttgart Aktiengesellschaft and RIECK KAY, an individual, | CASE NO. CV13-07811-FMO (CWx)

Plaintiffs,

v.

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. C. P. 41(a)(1)(A)(i)**

DOES 1 through 10, inclusive,

Defendants.

PRINTED ON
RECYCLED PAPER

LA 10207588v1

1   PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure
2   41(a)(1)(A)(i), plaintiffs Deutsche Oel & Gas AG ("Deutsche") and Rieck Kay
3   ("Kay") (collectively, "Plaintiffs") hereby, through their undersigned counsel, hereby
4   dismissed their claims without prejudice.

DATED: December 20, 2013
JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN
JESSICA BROMALL SPARKMAN


By: /s/ JESSICA BROMALL SPARKMAN
      JESSICA BROMALL SPARKMAN
Attorneys for Plaintiffs DEUTSCHE OEL &
GAS AG and RIECK KAY